618 A.2d 394

**Cynthia L. ERB, Guardian of the Estate of Lisa M. Gaver, Appellant,**

v.

**ERIE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1992.

Decided Jan. 7, 1993.

Dennis L. O'Connell, Philadelphia, for appellant.

Bradley Davis Miller, Reading, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

The Court being equally divided, the Order of the Superior Court remains in effect.

LARSEN, J., did not participate in the consideration or decision of this case.

NIX, C.J., and FLAHERTY and PAPADAKOS, JJ., would dismiss the appeal as having been improvidently granted.

ZAPPALA, CAPPY and MONTEMURO, JJ., dissent.